**Paul H. MAGALSKI, Plaintiff–
Appellant,**

v.

**SECRETARY, U.S. DEPARTMENT
OF HOMELAND SECURITY,
Defendant–Appellee.**

**No. 10–14885.**

United States Court of Appeals,
Eleventh Circuit.

April 18, 2012.

E. Michael Ruberti, Attorney at Law,
St. Simons Is, GA, for Plaintiff–Appellant.

Melissa S. Mundell, Edward J. Tarver,
U.S. Attorney's Office, Savannah, GA, for
Defendant–Appellee.

Before EDMONDSON, WILSON and
KRAVITCH, Circuit Judges.

PER CURIAM:

Paul H. Magalski appeals from an order
of the district court granting summary
judgment in favor of his employer, the
Department of Homeland Security (DHS).
Magalski filed suit against DHS, arguing
that an Administrative Judge erred in
finding that his demotion was supported
by substantial evidence and in concluding
that his retaliation claim under Title VII of
the Civil Rights Act of 1964, 42 U.S.C.
§ 2000e–3(a), failed as a matter of law.
The district court concluded that the misconduct charges upon which DHS based
Magalski's demotion were, in fact, supported by substantial evidence, and that
Magalski could not establish a *prima facie*
case of retaliation. Magalski appeals
these determinations.[1]

After a *de novo* review of the record[2]
and the parties' briefs, and with the benefit of oral argument, we affirm the judgment of the district court for the reasons
set forth in its thorough order dated September 29, 2010.

---

**1.** Days before oral argument, Magalski asserted for the first time that he was not required
to have a reasonable belief that he was engaging in statutorily protected activity to establish a prima facie case of retaliation. This
argument is waived. *Johnson v. United*
*States,* 340 F.3d 1219, 1228 n. 8 (11th Cir.
2003).

**2.** *Wilson v. B/E Aerospace, Inc.,* 376 F.3d
1079, 1085 (11th Cir.2004).